XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
JAY C. RUSSELL, State Bar No. 122626
CHAD A. STEGEMAN, State Bar No. 225745
PETER H. CHANG, State Bar No. 241467
Deputy Attorney General
  455 Golden Gate Ave., Ste. 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3617
  Fax: (415) 703-5843
  E-mail: Jay.Russell@doj.ca.gov
*Attorneys for Defendant California Secretary of State Alex Padilla*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROQUE ROCKY DE LA FUENTE,**<br><br>                             Plaintiff,<br><br>v.<br><br>**ALEX PADILLA, in his official capacity as California Secretary of State,**<br><br>                             Defendant. | 2:19-cv-01659-MCE-DB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT [E.D. Cal. Rule of Court 144(a)]**<br><br>Action Filed: July 30, 2019 in the S.D. Cal; August 26, 2019 in the E.D.Cal.<br><br>Judge: Morrison C. England, Jr. |

Under the United States District Court, Eastern District of California Local Rule 144, Plaintiff Roque Rocky De La Fuente and Defendant Alex Padilla stipulate to an extension of time to October 7, 2019 for Defendant to respond to the complaint. This extension will allow for the orderly adjudication of preliminary injunction motions filed in related cases before Defendant responds to the complaint.

This is the first extension of time sought by Defendant in the Eastern District of California

to respond to the complaint. The parties stipulated to one extension of time of thirty days while this matter was venued in the Southern District of California.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

Dated: September 13, 2019      Respectfully submitted,

LAW OFFICE OF PAUL A. ROSSI

*/s/ Paul A. Rossi (as authorized on September 13, 2019)*
PAUL A. ROSSI (PRO HAC VICE)
*Attorneys for Plaintiff Roque De La Fuente*

Dated: September 13, 2019      Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

*/s/ Jay C. Russell*
JAY C. RUSSELL
Deputy Attorney General
*Attorneys for Defendant California Secretary of State Alex Padilla*

**ORDER**

Based upon the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED THAT Defendant California Secretary of State Alex Padilla shall have up to and including October 7, 2019 to respond to Plaintiff's complaint.

IT IS SO ORDERED.

Dated: September 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

Stip. and Order To Extend Time (2:19-cv-011659-MCE-DB)