Morgan J.C. Scudi
Scudi & Ayers
5440 Morehouse Drive
Suite #4400
San Diego, CA  92121
Phone:  858.558.1001
Fax:     858.558.1122
mscudi@scudilaw.com

Paul A. Rossi
IMPG Advocates
316 Hill Street
Suite 1040
Mountville, PA  17554
Phone:  717.615.2030
Paul-Rossi@comcast.net

*Counsel to Plaintiffs*

XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
CHAD A. STEGEMAN, State Bar No. 225745
Deputy Attorney General
 455 Golden Gate Ave.. Ste. 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 510-3624
 Fax:  (415) 703-5843
 E-mail:  Chad.Stegeman@doj.ca.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| ROQUE ROCKY DE LA FUENTE,<br><br>        Plaintiff,<br><br>vs.<br><br>ALEX PADILLA,<br><br>        Defendant | 2:19-cv-01659-MCE-DB<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER THEREON**<br>**(Fed. R. Civ. P. 41 (a)(1)(A))**<br><br>Action Filed:  August 26, 2019<br><br>Judge:  Morrison C. England, Jr. |

Plaintiff Roque Rocky De La Fuente, in his personal capacity, and Defendants Alex Padilla and Xavier Becerra, in their official capacities, stipulate to the voluntary dismissal with prejudice of this action under Federal Rule of Civil Procedure 41(a)(1)(A).  The parties stipulate

STIPULATION FOR VOLUNTARY - 1

that except as set forth in their settlement agreement, the parties bear their own attorneys' fees, expenses, and costs.

IT IS SO STIPULATED.

                                                               Respectfully submitted,

Dated:  April 28, 2020                        IMPG ADVOCATES, INC.

                                                               s/  *Paul A. Rossi*_____
                                                               Paul A. Rossi
                                                               *Attorney for Plaintiff*
                                                               *Roque Rocky De La Fuente*

Dated:  April 24, 2020                        X<small>AVIER</small> B<small>ECERRA</small>
                                                               Attorney General of California
                                                               P<small>AUL</small> S<small>TEIN</small>
                                                                Supervising Deputy Attorney General

                                                               s/  *Chad A. Stegman (as authorized on April 24, 2020)*
                                                               C<small>HAD</small> A. S<small>TEGEMAN</small>
                                                               Deputy Attorney General
                                                               *Attorneys for Defendants*

STIPULATION FOR VOLUNTARY - 2

**ORDER**

In consideration of the parties' stipulation, and good cause appearing, Plaintiff Roque Rocky De La Fuente's complaint is dismissed with prejudice under Federal Rule of Civil Procedure 41 (a)(1)(A).  Except as set forth in their settlement agreement, the parties bear their own attorneys' fees, expenses and costs.  The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  May 11, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION FOR VOLUNTARY - 3